# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**V.S.**                                    **CRIMINAL ACTION NO.  3:06CR-121-H**

**VIRGINIA L. JOHNSON**                                              **DEFENDANT**


## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY IN FELONY CASE


This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The Defendant, by consent and with Laura Wyrosdick, Assistant Federal Defender, appeared before me on February 6, 2007, and entered a plea of guilty as to Count 1 of the Indictment pursuant to a Rule 11 (c)(1)(A) and (B) plea agreement.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense.  I therefore recommend that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly.  The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant shall remain under the terms and conditions of her present bond for her appearance at sentencing before the District Court.

Official Court Reporter:      Dena Legg

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

| 0 | 20 |